```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

GIA LUCIA M. BODNAR,           )
                               )
            Plaintiff,         )         8:08CV137
                               )
       v.                      )
                               )
MICHAEL J. ASTRUE,             )         ORDER
Commissioner of Social         )
Security Administration,       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for enlargement of time (Filing No. 8).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until September 5, 2008, to file her brief; and defendant shall have until October 6, 2008, to file his brief.

DATED this 14th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court