IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GIA LUCIA M. BODNAR,            )
                                )
          Plaintiff,            )        8:08CV137
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )        ORDER
Commissioner of Social          )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion for enlargement of time (Filing No. 10). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until September 19, 2008, to file her brief; and defendant shall have until October 20, 2008, to file his brief.

DATED this 28th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court