IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GIA LUCIA M. BODNAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV137 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 13).  For good cause shown,

      IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until November 19, 2008, to respond to plaintiff's brief.

      DATED this 20th day of October, 2008.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court