IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GIA LUCIA M. BODNAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV137 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 15). For good cause shown,

     IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until December 19, 2008, to respond to plaintiff's brief.

     DATED this 19th day of November, 2008.

     BY THE COURT:

     /s/ Lyle E. Strom
     _____
     LYLE E. STROM, Senior Judge
     United States District Court